IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN C. VASQUEZ, Individually and on Behalf of Others Similarly Situated, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | |
| CDI CORPORATION, | : | No. 20-1044 |
| Defendant. | : | |

## ORDER

AND NOW, on December 7, 2020, upon consideration of Plaintiff Juan Vasquez's Motion for Conditional Certification (doc. 20), Defendant CDI's Response in Opposition (doc. 22), Vasquez's Reply to CDI's Response (doc. 23), and CDI's Sur-Reply (doc. 24), the motion is GRANTED.

1. The Motion is GRANTED to conditionally certify this collective action pursuant to Fair Labor Standards Act on behalf of the following collective:

    **All current and former employees of CDI Corporation (CDI) who were paid the same hourly rate for all hours worked, including those in excess of 40 in a single workweek (or "straight time for overtime") at any time in the past 3 years (Putative Class Members).**

2. Vasquez's proposed Notice and Consent Forms are APPROVED for distribution to Putative Class Members.

3. Within ten (10) days of this Order, CDI shall disclose to Plaintiff the names, last known addresses, and last known e-mail addresses and phone numbers of those described in the above-referenced collective.

4. Within twenty (20) days of this Order, Plaintiff's Counsel shall send its approved Notice and Consent Forms.

5. The putative class members shall have sixty (60) days from the date of the initial mailing/e-mailing of the Notice to file their Consent to opt into this lawsuit.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE